IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v. CRIMINAL NO. 3:26-cr-14-CWR-ASH

YERSON JOSE SALAZAR AMARISTA

**ORDER OF DISMISSAL WITHOUT PREJUDICE OF**
**COUNTS 2, 3 AND 4 OF THE CRIMINAL INDICTMENT**

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses Counts 2, 3 and 4 of the Criminal Indictment [16] against defendant, **YERSON JOSE SALAZAR AMARISTA**, without prejudice.

J.E. BAXTER KRUGER
United States Attorney

*/s/ Kabah S. Ealy*
By: KABAH S. EALY
Assistant United States Attorney

Leave of Court is granted under Rule 48(a) of the Federal Rules of Criminal Procedure for the filing of the foregoing dismissal without prejudice of Counts 2, 3 and 4 of the Criminal Indictment as to defendant **YERSON JOSE SALAZAR AMARISTA.**

ORDERED this 1st day of October 2026.

s/ *Carlton W. Reeves*
HONORABLE CARLTON W. REEVES
UNITED STATES DISTRICT JUDGE